# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDDY SOSA,

    Defendant.

Case No. MJ13-492

**DETENTION ORDER**

Offenses charged:

    Supervised Release Violations out of the Southern District of California.

Date of Detention Hearing: October 10, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant was arrested on a warrant issued by the Southern District of California regarding a petition alleging he violated conditions of his sentence. One of the allegations is the

DETENTION ORDER - 1

defendant stopped reporting to his probation officer. The Court received no additional information regarding defendant's personal history, residence, financial status, health or family ties to this district or to any other district. Defendant did not argue for release. Based on the foregoing, defendant failed to overcome the presumption of detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of October, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge